L.B.F.  3015-6B

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   :        Chapter
                                         :
              Debtor(s)                  :        Bky. No.


## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)


I/We, [name of Debtor(s)], hereby state under penalty of perjury in connection with the confirmation hearing in the above case:

1.  I/We has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2.   I/We has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308. *for all tax years except 2017. Requesting an extension for 90 days to file 2017 taxes*

3.  If the confirmation hearing is postponed for any reason, and the information herein changes, I/we will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.


Date:                        _Edward Melhem_
                             [name]

U.S. BANKRUPTCY COURT    2018 MAY 10  PM 3:07    FILED