UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Edward Melhem | BANKRUPTCY NO. 18-12798 REF |
| Debtor | CHAPTER 13 |

## ORDER

Upon consideration of the Objection to Confirmation of Chapter 13 Plan filed by SMS Financial P, LLC, it is ORDERED and DECREED that confirmation is DENIED.

_____
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Edward Melhem : BANKRUPTCY NO. 18-12798 REF
Debtor : CHAPTER 13

**OBJECTION OF SMS FINANCIAL P, LLC
TO CONFIRMATION OF CHAPTER 13 PLAN**

SMS Financial P, LLC (hereinafter "SMS") objects to confirmation of Debtor's Chapter 13 Plan and asserts in support of its Objection as follows:

1. On July 2, 2018, SMS filed an unsecured Proof of Claim setting forth a pre-petition judgment in the amount of $46,264.25.

2. Debtor's Plan provides for no payments to Unsecured Creditors.

3. Debtor's Plan violates 11 U.S.C. 1325(c)(3) in that the Plan has been proposed in bad faith.

4. The Debtor's failure to propose any payments to Unsecured Creditors violates §11 U.S.C. 1325(a)(4).

5. Accordingly, the Debtor's Plan is not feasible as it does not provide for any payments to Unsecured Creditors.

WHEREFORE, Unsecured Creditor, SMS Financial P, LLC, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

By: _____
Barry W. Krengel, Esquire
Dolchin, Slotkin & Todd, P.C.
Two Liberty Place
50 South 16th Street, Suite 3530
Philadelphia, PA 19102
(215) 665-3506
Bkrengel@dolchin.com
Attorney for Movant/Applicant

Date: 9/7/18

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Edward Melhem                         :    BANKRUPTCY NO. 18-12798 REF
                Debtor    :    CHAPTER 13

## CERTIFICATE OF SERVICE

I, the undersigned attorney for SMS Financial P, LLC, do hereby certify that true and correct copies of the foregoing Objection to Confirmation have been served on 9/7/18, by electronic filing upon those listed below:

<u>Pro Se Debtor</u>
Edward Melhem (via Regular Mail)
2175 Augusta Drive
Center Valley, PA  18034

<u>Bankruptcy Trustee</u>
Frederick L. Reigle (via ECF)
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA  19606

Barry W. Krengel, Esquire
Dolchin, Slotkin & Todd, P.C.
Two Liberty Place
50 South 16th Street, Suite 3530
Philadelphia, PA  19102
(215) 665-3506
Bkrengel@dolchin.com

Date: 9/7/18