*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edward Melhem
    Debtor(s)

Case No: 18−12798−ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 2175 Augusta Drive, Up Saucon Twp, PA, 18034 Filed by M&T BANK Represented by REBECCA ANN SOLARZ.

**HEARING RESCHEDULED FROM 09/20/2018 TO 10/04/2018**

    on: 10/4/18

    at: 09:30 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  9/14/18

Timothy B. McGrath
Clerk of Court