United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-12798-ref
Edward Melhem                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR           Page 1 of 1            Date Rcvd: Sep 27, 2018
                              Form ID: 167          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2018.
db             +Edward Melhem,    2175 Augusta Drive,    Center Valley, PA 18034-8940
cr             +BofI Federal Bank,    c/o Robert J. Murtaugh, Esquire,    Chartwell Law,    970 Rittenhouse Road,
                 Suite 300,    Eaglville, PA 19403-2265
cr             +Northwestern Lehigh School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: lferreira@smsfinancial.net Sep 28 2018 02:30:07      SMS Financial P LLC,
                 6829 North 12th Street,    Phoenix, AZ 85014-1109
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
              BARRY W. KRENGEL    on behalf of Creditor    SMS Financial P LLC bkrengel@dolchin.com,
               kcampbell@dolchin.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Northwestern Lehigh School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              ROBERT J. MURTAUGH    on behalf of Creditor    BofI Federal Bank rmurtaugh@chartwelllaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edward Melhem
    Debtor(s)

Case No: 18–12798–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Regarding Order that Debtor shall show cause why his bankruptcy should not be dismissed pursuant to Section 109(e) of the Bankruptcy Code and Debtors apparent violation thereof in filing a Chapter 13 case.

    on: 10/11/18

    at: 09:30 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 9/27/18

Timothy B. McGrath
Clerk of Court

42 – 21
Form 167