United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12798-ref
Edward Melhem                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Oct 11, 2018
                             Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
```
db            +Edward Melhem,    2175 Augusta Drive,    Center Valley, PA 18034-8940
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC.,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            +BofI Federal Bank,    c/o Robert J. Murtaugh, Esquire,    Chartwell Law,    970 Rittenhouse Road,
               Suite 300,    Eaglville, PA 19403-2265
14172917      +BofI Federal Bank,    c/o Robert J. Murtaugh, Esquire,    Chartwell Law,
               970 Rittenhouse Road, Suite 300,    Eaglville, PA 19403-2265
14103957      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14198655      +Lehigh County Tax Claim Bureau,    c/o Northeast Revenue Service, LLC,
               1170 Highway 315, Suite 5,    Plains, PA 18702-6906
14103554      +M&T BANK,    c/o KML Law Group, P.C.,    710 Market Street,    Suite 5000,
               Philadelphia, PA 19106-2312
14105928       Northampton Hospital Company, LLC,    250 South 21st Street,    Easton, PA 18042-3892
14179106      +Northwestern Lehigh School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
14179454      +Northwestern Lehigh School District,    c/o Portnoff Law Associates, Ltd.,    2700 Horizon Drive,
               Suite 100,    King of Prussia, PA 19406-2726
14105934      +PASCDU,    P O Box 69110,    Harrisburg, PA 17106-9110
14105933      +Portnoff Law Associates,    Northwestern Lehigh SD,    P O Box 391,    Norristown, PA 19404-0391
14193856      +SMS Financial P LLC,    c/o Dolchin, Slotkin & Todd, P.C.,    Two Liberty Place,
               50 South 16th Street, Suite 3530,    Philadelphia, PA 19102-2563
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 12 2018 02:18:22    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14105927      +E-mail/Text: bknotice@bofifederalbank.com Oct 12 2018 02:18:04    BOGI,    P O Box 80471,
               City of Industry, CA 91716-8403
14101504      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 12 2018 02:24:43    First Data Global Leasing,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14105926       E-mail/Text: camanagement@mtb.com Oct 12 2018 02:18:08    M & T Bank,    P O Box 840,
               Buffalo, NY  14240-0767
14127285       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2018 02:18:12
               Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
               Harrisburg, PA  17128-0946
14160692      +E-mail/Text: lferreira@smsfinancial.net Oct 12 2018 02:18:21    SMS FINANCIAL P LLC,
               6829 NORTH 12TH STREET,    PHOENIX, AZ 85014-1109
                                                                               TOTAL: 6
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*           +Northwestern Lehigh School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
cr*           +SMS Financial P LLC,    6829 North 12th Street,    Phoenix, AZ 85014-1109
14130486*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840)
                                                                          TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                          Signature:   /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa              Page 2 of 2          Date Rcvd: Oct 11, 2018
                              Form ID: pdf900         Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
          BARRY W. KRENGEL    on behalf of Creditor   SMS Financial P LLC bkrengel@dolchin.com,
           kcampbell@dolchin.com
          CHRISTOS A. KATSAOUNIS    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
           Revenue RA-occbankruptcy5@state.pa.us,  RA-occbankruptcy6@state.pa.us
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD   on behalf of Creditor   Northwestern Lehigh School District
           jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com
          REBECCA ANN SOLARZ   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          ROBERT J. MURTAUGH   on behalf of Creditor   BofI Federal Bank rmurtaugh@chartwelllaw.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                    TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

EDWARD   MELHEM

                                                      : Bankruptcy No. 18-12798REF
                        Debtor(s)                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: October 11, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

PRO SE

EDWARD   MELHEM
2175 AUGUSTA DRIVE
CENTER VALLEY,PA.18034