## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edward Melhem | CHAPTER 13 |
| Debtor(s) | NO. 18-12798 REF |
| WILLIAM MILLER *R | |
| Trustee | |

### NOTICE OF MOTION FOR RECONSIDERATION OF DISMISSAL

EDWARD MELHEM has filed a Motion for Reconsideration of Dismissal.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought or if you want the court to consider your views on the Motion then on or before November 2, 2018 you or your attorney must do ALL of the following:

.(a) file an answer explaining your position at:
United Bankruptcy Court
The Madison Building
400 Washington Street
Suite 300
Reading, PA  19601:

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received in or before that date state above, and

(b) mail a copy to Movant:

Edward Melhem
2175 Augusta Drive
Center Valley, PA  18034

2. If you or your attorney do not take the steps described in paragraphs 1A and 1B above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling, the United States Bankruptcy Judge, in Courtroom 1 at the United States Bankruptcy Court, The Madison Building, 400 Washington St., Suite 300, Reading, PA 19601 **on November 15, 2018 at 9:30 AM** or as soon thereafter as counsel can be heard, to consider the motion.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the Movant

5. You may contact the bankruptcy clerk's office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 defined out whether the hearing has been canceled because the one filed an answer.

**October 17, 2018**

_____
**Edward Melhem**
**2175 Augusta Drive**
**Center Valley, PA 18034**
**610-570-8395**