```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                                 Case No. 18-12798-ref
Edward Melhem                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: SaraR              Page 1 of 2                  Date Rcvd: Nov 15, 2018
                              Form ID: 167             Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
```
db             +Edward Melhem,    2175 Augusta Drive,    Center Valley, PA 18034-8940
cr             +BofI Federal Bank,    c/o Robert J. Murtaugh, Esquire,    Chartwell Law,    970 Rittenhouse Road,
                 Suite 300,    Eaglville, PA 19403-2265
14172917       +BofI Federal Bank,    c/o Robert J. Murtaugh, Esquire,    Chartwell Law,
                 970 Rittenhouse Road, Suite 300,    Eagleville, PA 19403-2265
14103957       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
14198655       +Lehigh County Tax Claim Bureau,    c/o Northeast Revenue Service, LLC,
                 1170 Highway 315, Suite 5,    Plains, PA 18702-6906
14103554       +M&T BANK,    c/o KML Law Group, P.C.,    710 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-2312
14105928        Northampton Hospital Company, LLC,    250 South 21st Street,    Easton, PA 18042-3892
14179106       +Northwestern Lehigh School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14179454       +Northwestern Lehigh School District,    c/o Portnoff Law Associates, Ltd.,    2700 Horizon Drive,
                 Suite 100,    King of Prussia, PA 19406-2726
14105934       +PASCDU,    P O Box 69110,    Harrisburg, PA 17106-9110
14105933       +Portnoff Law Associates,    Northwestern Lehigh SD,    P O Box 391,    Norristown, PA 19404-0391
14193856       +SMS Financial P LLC,    c/o Dolchin, Slotkin & Todd, P.C.,    Two Liberty Place,
                 50 South 16th Street, Suite 3530,    Philadelphia, PA 19102-2563
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14105927       +E-mail/Text: bknotice@bofifederalbank.com Nov 16 2018 03:23:36     BOGI,    P O Box 80471,
                 City of Industry, CA 91716-8403
14101504       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2018 03:31:12      First Data Global Leasing,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14105926        E-mail/Text: camanagement@mtb.com Nov 16 2018 03:24:00     M & T Bank,    P O Box 840,
                 Buffalo, NY 14240-0767
14127285        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA 17128-0946
14160692       +E-mail/Text: lferreira@smsfinancial.net Nov 16 2018 03:24:57     SMS FINANCIAL P LLC,
                 6829 NORTH 12TH STREET,    PHOENIX, AZ 85014-1109
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Northwestern Lehigh School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*            +SMS Financial P LLC,    6829 North 12th Street,    Phoenix, AZ 85014-1109
14130486*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court: M&T Bank,     P.O. Box 840,    Buffalo, NY 14240-0840)
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
```
              BARRY W. KRENGEL    on behalf of Creditor   SMS Financial P LLC bkrengel@dolchin.com,
               kcampbell@dolchin.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
```

```
District/off: 0313-4          User: SaraR              Page 2 of 2                  Date Rcvd: Nov 15, 2018
                              Form ID: 167             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JAMES RANDOLPH WOOD    on behalf of Creditor   Northwestern Lehigh School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
        REBECCA ANN SOLARZ    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        ROBERT J. MURTAUGH    on behalf of Creditor   BofI Federal Bank rmurtaugh@chartwelllaw.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

        TOTAL: 9

Case 18-12798-ref    Doc 52    Filed 11/17/18    Entered 11/18/18 01:07:41    Desc Imaged
Certificate of Notice    Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edward Melhem
    Debtor(s)

Case No: 18–12798–ref
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion to Reconsider Dismissal of Case Filed by Edward Melhem Represented by Self.

on: 11/29/18

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 11/15/18

Timothy B. McGrath
Clerk of Court

51 – 48
Form 167